FILED
2024 Nov-04 PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A2

# September 4, 2024

# Alabama TRO issued



AlaFile E-Notice

25-CV-2024-900312.00
Judge: MARTHA E. WILLIAMS

To: HARBUCK JONATHAN SCOTT
jharbuck@hkh.law

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

COMMAND INVESTIGATIONS, LLC V. THOMAS FOSSETT
25-CV-2024-900312.00

The following matter was FILED on 9/4/2024 9:03:54 AM

Notice Date:    9/4/2024 9:03:54 AM

LISA MCSWAIN
CIRCUIT COURT CLERK
CULLMAN COUNTY, ALABAMA
500 2ND AVENUE SW, ROOM 303
CULLMAN, AL, 35055

256-775-4654

DOCUMENT 3

ELECTRONICALLY FILED
9/4/2024 9:03 AM
25-CV-2024-900312.00
CIRCUIT COURT OF
CULLMAN COUNTY, ALABAMA
LISA MCSWAIN, CLERK

## IN THE CIRCUIT COURT OF CULLMAN COUNTY, ALABAMA

| | |
|---|---|
| COMMAND INVESTIGATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: CV-2024-90031200 |
| ) | |
| THOMAS FOSSETT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Plaintiff's Petition for Temporary Restraining Order. After an ex parte hearing on same, the Plaintiffs having shown that it appears from the specific facts contained in the Complaint that immediate and irreparable injury, loss, or damage will result to the Plaintiffs before the Defendant can be heard in opposition; and, the Plaintiffs' attorney has certified to the Court by affidavit (Complaint, Exhibit A) that efforts have been made to obtain the requested relief, the Plaintiffs' Petition for Temporary Restraining Order is hereby **GRANTED** at __8:29__ a.m. on this the 4th day of September, 2024.

It is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Defendant Thomas Fossett is hereby ordered to do the following and/or temporarily restrained and enjoined as follows:

    1. Immediately take down the website Melinda-Seguina.com and shall not create another similar website or direct another to do so;
    b. Remove all social media posts referencing Command Investigations, LLC or Abacus Research, Inc.;
    c. Remove all online videos referencing Command Investigations, LLC or Abacus Research, Inc.;
    d. Retract the Customer Letters referenced in the Complaint via email to its recipients;
    e. Refrain from publishing, or directing others to publish, statements about Command Investigations, LLC or Abacus Research, Inc. for the duration of this lawsuit; and
    f. Return all Abacus Research, Inc. property in his possession to Command Investigations, LLC.

2.  A bond in the amount of *Twenty-five thousand* Dollars ($ *25,000.00* ), made payable to the Cullman County Circuit Clerk, is required for its issuance as security for the payment of such costs, damages, and reasonable attorney's fees as may be incurred or suffered by the Defendants if found to have been wrongfully enjoined. The Clerk of the Court is hereby ORDERED and DIRECTED to receive that stated amount.

3.  This matter is set for hearing on the Preliminary Injunction on *September* *13*, 2024 at *10:30* a.m., in Courtroom *One*, Cullman County Courthouse, Cullman, Alabama.

**DONE this 3rd day of September, 2024.**

*/s/ Martha E. Williams*
CIRCUIT JUDGE

**FILED IN OFFICE**

SEP 0 4 2024

LISA McSWAIN
CIRCUIT COURT
CULLMAN COUNTY