FILED
2024 Nov-04 PM 12:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A4

# September 17, 2024

# North Carolina TRO issued

```
STATE OF NORTH CAROLINA              IN THE GENERAL COURT OF JUSTICE
                                         SUPERIOR COURT DIVISION
IREDELL COUNTY                               24-CVS-2730
```

PAUL SEGUIN, MELINDA SEGUIN, and
ABACUS RESEARCH, INC.,
a North Carolina corporation,

    Plaintiffs,

        **TEMPORARY RESTRAINING ORDER**

vs.

THOMAS FOSSETT, KAREN FOSSETT,
CCS-LABS a/k/a COURT SURVEILLANCE
SOLUTIONS, a sole proprietorship, and
SENTINEL-IG a/k/a SENTINEL
INVESTIGATIVE GROUP, a sole
proprietorship, and SENTINEL
INVESTIGATIVE GROUP, LLC, an
administratively dissolved Florida limited
liability company,

    Defendants.

    Plaintiffs PAUL SEGUIN, MELINDA SEGUIN, AND ABACUS RESEARCH, INC., having filed a Motion for Temporary Restraining Order; and

    IT APPEARING from specific facts set forth in the Verified Complaint that immediate and irreparable injury, loss or damage will result to the Plaintiffs if a temporary restraining order is not granted; and

    Plaintiffs' counsel having served Notices of Hearing on the Plaintiffs' motion for temporary restraining order on Defendants by emails on September 11, 2024 at 5:00 p.m. and September 12, 2024 at 4:58 p.m. and the Defendants not being present at the hearing on the Plaintiffs' motion for a temporary restraining order; and

    After considering the Verified Complaint, the Motion for Temporary Restraining Order and arguments of counsel for the Plaintiffs, and for good cause shown, Plaintiffs' Motion for a Temporary restraining Order is hereby **GRANTED**.

IT IS HEREBY ORDERED that pursuant to Rule 65(b) of the North Carolina Rules of Civil Procedure, Defendants, jointly and severally, are hereby temporarily restrained as follows:

1. Refrain from publishing, or directing others to publish, statements about Paul Seguin, Melinda Seguin, or Abacus Research, Inc.;

2. Refrain from contacting customers of Abacus Research, Inc. or Command Investigations, LLC;

3. Refrain from directly or indirectly, disclosing to any person, firm, or corporation the names or addresses of any of the customers or clients of Abacus Research, Inc. or Command Investigations, LLC or any other information pertaining to such customers;

4. Refrain from soliciting, taking away, or attempting to call on, solicit, or take away any customer of Abacus Research, Inc. or Command Investigations, LLC;

5. Refrain from: (a) soliciting any employee or independent contractor of the Abacus Research, Inc. or Command Investigations, LLC on behalf of any other business enterprise; and (b) inducing any employee or independent contractor associated with Abacus Research, Inc. or Command Investigations, LLC to terminate or breach an employment, contractual, or other relationship with Abacus Research, Inc. or Command Investigations, LLC.

This Temporary Restraining Order shall remain in effect until September 24th, 2024 or further order of this Court.

A cash bond in the amount of One Thousand Dollars ($1,000.00) (US) to be deposited with the Clerk of the Superior Court of Iredell County, North Carolina is required for the issuance of this temporary restraining order as security for such costs and damages the Defendants may incur or suffer if found to have been wrongfully enjoined. The Clerk of the Superior Court of Iredell County, North Carolina is hereby ORDERED and DIRECTED to receive such cash bond.

IT IS FURTHER ORDERED that Defendants shall show cause before the Judge presiding, or to whom this case is assigned, on the 24th day of September 2024 in Courtroom #1, or such other time as may be set by the Court, why the Plaintiffs' application for preliminary injunction should not be granted.

SO ORDERED, ADJUDGED, and DECREED this 17th day of September 2024, at 10:45 o'clock a.m.

Judge, Superior Court of Iredell County

| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF IREDELL | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>FILE NO. 24-CVS-2730 |

PAUL SEGUIN, MELINDA SEGUIN, and
ABACUS RESEARCH, INC.,
a North Carolina corporation,

Plaintiffs,

vs.

THOMAS FOSSETT, KAREN FOSSETT, CCS-LABS a/k/a COURT SURVEILLANCE SOLUTIONS, a sole proprietorship, and SENTINEL-IG a/k/a SENTINEL INVESTIGATIVE GROUP, a sole proprietorship, and SENTINEL INVESTIGATIVE GROUP, LLC, an administratively dissolved Florida limited liability company,

Defendants.

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Plaintiffs' Application for Preliminary Injunction will be heard at the **Iredell County Courthouse** located at 226 Stockton Street, Statesville, NC 28677, on **Tuesday, September 24, 2024,** at **9:00 a.m.** or as soon thereafter as counsel may be heard.

This the 20th day of September 2024.

OFFIT KURMAN, P.A.

By: Scott K. Tippett, Attorney
*Counsel for the Plaintiffs*
NCSB#: 22488
300 N. Greene St.
Suite 200
Greensboro, NC 27401
T: (336) 232-0671
F: (336) 232-0651
Scott.tippett@offitkurman.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the forgoing Notice of Hearing on Plaintiffs' Application for Preliminary Injunction upon all parties to this action by sending a copy of the same via electronic mail to the following e-mail addresses:

This 20th day of September 2024.

>info@sentinel-ig.com
>*Defendant Thomas Fossett*
>
>info@melinda-seguin.com
>*Defendant Karen Fossett*
>
>info@sentinel-ig.com
>*Thomas Fossett as principal of Defendant CCS-LABS a/k/a Court Surveillance Solutions,*
>
>info@sentinel-ig.com
>*Thomas Fossett as principal of Defendant Sentinel-IG a/k/a Sentinel Investigative Group*
>
>info@sentinel-ig.com
>*Thomas P. Fossett, Sr. as Registered Agent of Defendant, Sentinel Investigative Group, LLC*

Scott K. Tippett, Attorney
*Counsel for the Plaintiffs*
NCSB#: 22488

**Of Counsel:**

Offit Kurman, P.A.
300 N. Greene St.
Suite 200
Greensboro, NC 27401
T: (336) 232-0671
F: (336) 232-0651
Scott.tippett@offitkurman.com