UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**COMMAND INVESTIGATIONS, LLC,**
    Plaintiff,

v.

**THOMAS FOSSETT,**
    Defendant.

Case No. 5:24-cv-1502-CLM

## MEMORANDUM

The court **GRANTS** Plaintiff's motion to remand (doc. 4) because the court lacks subject matter jurisdiction.

Fossett alleges that this court has federal question jurisdiction over this case under 28 U.S.C. § 1331. The court disagrees. Fossett argues in his notice of removal (doc. 1) that Command's filings impend upon his constitutional protections raising a federal question. But this argument is futile. Command Investigations, LLC ("Command") asserts only state law claims in its initial state court complaint. Fossett has yet to raise any affirmative defenses to Command's complaint which would present a federal question. In short, there is no federal question.

Fossett also alleges that this court has diversity jurisdiction under 28 U.S.C. § 1332. Again, the court disagrees. Based on the filings, Fossett has failed to establish that the amount in controversy exceeds $75,000. So Fossett fails to meet a requirement to establish diversity jurisdiction.

Because the court lacks jurisdiction, it will **REMAND** this case to the Circuit Court of Cullman County in a separate order.

**DONE** and **ORDERED** on November 19, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE